HANSON BRIDGETT LLP
NANCY J. NEWMAN - 111878
nnewman@hansonbridgett.com
JORDAN A. LAVINSKY - 192215
jlavinsky@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:	(415) 777-3200
Facsimile:	(415) 541-9366

Attorneys for Plaintiff
Downtown Plaza LLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DOWNTOWN PLAZA LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NAIL TRIX, INC., a Maryland corporation, PHONG V. NGUYEN, an individual, and DOES 1 - 20,<br><br>　　　　　　Defendants. | No. 2:08-CV-2001-GEB-KJM<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

　　Based on the Stipulation between the parties and good cause appearing:

　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff DOWNTOWN PLAZA LLC, a Delaware limited liability company, have and recover against defendants NAIL TRIX, INC., a Maryland corporation, and PHONG V. NGUYEN, an individual, jointly and severally, the total sum of $141,947.

　　SO ORDERED.

DATED: 11/5/09

　　　　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge